UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-956 AG (CWx) | Date | June 9, 2014 |
|---|---|---|---|
| Title | STATE COMPENSATION INSURANCE FUND v. MICHAEL D. DROBOT, SR. et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**    **[IN CHAMBERS] ORDER GRANTING EX PARTE APPLICATION FOR STAY OF DISCOVERY UNTIL DECISION ON MOTION TO DISQUALIFY**

The Court has received another ex parte application in this case: the Pharmacy Defendants' Ex Parte Application for Stay of Discovery Until Decision on Motion to Disqualify ("Application," Dkt. No. 149), which Plaintiff opposes (Dkt. No. 153). "Ex parte motions are rarely justified." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). And they ask the Court to decide often complex issues on tight deadlines, with fewer and smaller briefs, all during the Court's busy trial calendar. But the Court can see why this Application was necessary. The Court has read the pending Motion to Disqualify Plaintiff's Counsel ("Motion to Disqualify," Dkt. No. 133) and, while the Court makes no ruling on the Motion to Disqualify, the motion does not appear to be frivolous, and neither does this Application.

The Pharmacy Defendants argue that a stay of discovery should be granted here because such a stay "promotes efficiency, poses no risk of prejudice given the relatively short time frame proposed, and remedies potential interim ethical issues." (Application at 3:22-24.) They further assert that "Irell has. . . placed Drobot, Jr.'s confidential information at risk" and that "[t]here is every reason to believe that Irell is using Drobot, Jr.'s confidential information against him." (Application at 6:16-19.) And they argue that if the Motion to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-956 AG (CWx) | Date | June 9, 2014 |
|---|---|---|---|
| Title | STATE COMPENSATION INSURANCE FUND v. MICHAEL D. DROBOT, SR. et al. | | |

Disqualify is granted, discovery performed by Plaintiff's counsel may be "tainted." (*Id.* at 3:16-17; 8:13-14.)

The Motion to Disqualify is set for hearing on June 23, 2014. Especially given the very short stay requested, the Court GRANTS the Application. Discovery will be stayed, with the stay ending when the Court rules on the Motion to Disqualify.

On another note, the Court is puzzled by the Pharmacy Defendants' statements in the Application that, as Plaintiff characterizes them, "chastise the Court." (Opposition, Dkt. No. 154, at 1.) The Pharmacy Defendants state that a previous Court order promptly issued on an ex parte application "contain[ed] a number of incorrect statements of fact and procedural history. . . which are significant." (Application at 3:8-10.) The Pharmacy Defendants' accusations are not relevant to this Application and they are not accurate. The Court stands by the statements made.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |