1  IRELL & MANELLA LLP
   John C. Hueston (164921) (jhueston@irell.com)
2  Michael R. Fehner (207312) (mfehner@irell.com)
   Jennifer R. Bunn (281590) (jbunn@irell.com)
3  840 Newport Center Drive, Suite 400
   Newport Beach, California 92660-6324
4  Telephone:  (949) 760-0991
   Facsimile:  (949) 760-5200
5
   Attorneys for *Plaintiff* State Compensation
6  Insurance Fund, a Public Enterprise Fund
   and Independent Agency of the State of
7  California

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SOUTHERN DIVISION**

| | |
|---|---|
| State Compensation Insurance Fund,<br><br>        Plaintiff,<br><br>    vs.<br><br>Michael D. Drobot, Sr., et al.,<br><br>        Defendants. | Case No. SACV 13-00956-AG (CWx)<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF STATE FUND'S FIRST MOTION TO COMPEL REQUESTS FOR PRODUCTION OF DOCUMENTS FROM THE SURGICAL ENTITY DEFENDANTS**<br><br>**[Joint Stipulation, Declarations of Michael Fehner (Plaintiff) and Donald G. Norris (Defendants), and [Proposed] Order submitted concurrently]**<br><br>Date:        September 9, 2014<br>Time:        10:00 a.m.<br>Judge:       M.J. Woehrle<br>Place:       Courtroom 640<br><br>Discovery Cutoff:  November 10, 2014<br>Pretrial Conf.:    January 26, 2015<br>Trial Date:        February 10, 2015 |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3114372

NOTICE OF MOTION & MOTION OF STATE FUND'S FIRST MOTION TO COMPEL REQUESTS FOR
PRODUCTION OF DOCUMENTS FROM THE SURGICAL ENTITY DEFENDANTS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2014, at 10:00 a.m. or as soon thereafter as may be heard in the above-titled Court, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 640, Plaintiff State Compensation Insurance Fund ("State Fund"), will and hereby does move this Court compel Defendants Healthsmart Pacific, Inc., Healthsmart Pacific, Inc. d/b/a Pacific Hospital of Long Beach, and Long Beach Pain Center Medical Clinic, Inc. ("Surgical Entity Defendants") to produce documents responsive to State Fund's First Set of Requests for Production.

State Fund moves for an order compelling the Surgical Entity Defendants to produce documents responsive to:

(1) Request for Production Nos. 25-30 and 40-50, requesting that the Surgical Entity Defendants produce relevant financial information; and

(2) Request for Production Nos. 2, 5, 17, 18, 21, 34, 51-63, and 65, requesting that the Surgical Entity Defendants produce documents relating to their relationship with certain individuals and entities, and communications between Defendants Michael R. Drobot, Jr. and Michael D. Drobot, Sr.

Pursuant to Local Rule 37-1, counsel for State Fund and the Surgical Entity Defendants met and conferred telephonically on a number of dates, including July 28, 2014, and exchanged multiple letters, and emails regarding the issues presented by this Motion. The parties resolved some differences, but were unable to resolve the differences presented in this Motion. State Fund provided its portion of the joint stipulation to counsel for the Surgical Entity Defendants on August 8, and gave an extension of time for Defendants to respond until August 18.

This Motion is based upon this this Notice of Motion and Motion, the Joint Stipulation of the Parties, the supporting Declaration of Michael Fehner, and any supplemental brief filed in support thereof; the records, pleadings, and other papers

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3114372

- 1 -

NOTICE OF MOTION & MOTION OF STATE FUND'S FIRST MOTION TO COMPEL REQUESTS FOR
PRODUCTION OF DOCUMENTS FROM THE SURGICAL ENTITY DEFENDANTS

- 2 -

1 | on file in this action; and upon any further oral or documentary evidence as the
2 | Court shall consider prior to or at the time of the hearing on this Motion.
3
4 | Dated:  August 19, 2014                    IRELL & MANELLA LLP
5
6
7 |               By: /s/ Michael R. Fehner
                Michael R. Fehner
8 |                 Attorneys for Plaintiff
                State Compensation Insurance Fund

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3114372

- 2 -

NOTICE OF MOTION & MOTION OF STATE FUND'S FIRST MOTION TO COMPEL REQUESTS FOR
PRODUCTION OF DOCUMENTS FROM THE SURGICAL ENTITY DEFENDANTS