IRELL & MANELLA LLP
John C. Hueston (164921; jhueston@irell.com)
Michael R. Fehner (207312; mfehner@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

STATE COMPENSATION INSURANCE FUND
Linda S. Platisha (195281; lsplatisha@scif.com)
1750 E. Fourth Street, Suite 450
Santa Ana, California 92705
Telephone:   (714) 347-6130
Facsimile:   (714) 347-6145

Attorneys for Plaintiff
STATE COMPENSATION
INSURANCE FUND, a Public
Enterprise Fund and Independent
Agency of the State of California

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. DROBOT, SR., et al.,<br><br>Defendants. | Case No. SACV 13-00956 AG (CWx)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MICHAEL R. FEHNER IN SUPPORT OF STATE FUND'S FIRST MOTION TO COMPEL REQUESTS FOR PRODUCTION FROM SURGICAL ENTITY DEFENDANTS**<br><br>**(Joint Stipulation, Notice, [Proposed] Order submitted concurrently)**<br><br>Date:     September 9, 2014<br>Time:    10:00 a.m.<br>Ctrm:    640<br>Judge:   Hon. Carla Woehrle<br><br>Disc. Cutoff:     November 10, 2014<br>Pretrial Conf.:    January 26, 2015<br>Trial Date:        February 10, 2015 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3037038

Declaration of Michael R. Fehner in Support of State Fund's First Motion to Compel Requests for Production
From Surgical Entity Defendants

## DECLARATION OF MICHAEL R. FEHNER

I, Michael R. Fehner, declare as follows:

1.     I am an attorney admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am counsel with the law firm of Irell & Manella LLP, attorneys for Plaintiff State Compensation Insurance Fund ("State Fund").  I make this declaration in support of State Fund's First Motion to Compel Requests for Production From Surgical Entity Defendants (the "Motion").  I have personal knowledge of the facts in this Declaration.

2.     On December 20, 2013, State Fund noticed its First Set of Requests for Production ("RFPs") to Defendants Healthsmart Pacific, Inc., Healthsmart Pacific, Inc. d/b/a Pacific Hospital of Long Beach, and Long Beach Pain Center Medical Clinic, Inc. (the "Surgical Entities").  A true and correct copy of this document is attached hereto as Exhibit A.

3.     The Surgical Entities served their Objections and Responses to Plaintiff State Fund's First Set of Requests for Production of Documents on January 28, 2014.  A true and correct copy of this document is attached hereto as Exhibit B.

4.     On February 10, 2014, State Fund sent a letter requesting to meet and confer regarding various discovery issues, including the Surgical Entities' failure to respond to the RFPs, Michael D. Drobot, Sr.'s failure to respond to propounded requests for admission, and opposing counsel's failure to provide available dates for the deposition of Mr. Drobot, Sr.  A true and correct copy of this letter is attached hereto as Exhibit C.

5.     On February 19, 2014, the parties held a telephonic meet and confer to discuss several different discovery issues, including the RFPs.  During this call the parties reviewed all sixty-five requests, State Fund agreed to limit production as to certain requests, including Request Nos. 63 and 64, and the Surgical Entities agreed

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3037038

- 1 -

Declaration of Michael R. Fehner in Support of State Fund's First Motion to Compel Requests for Production
From Surgical Entity Defendants

1  to produce documents not previously promised for certain requests, including

2  Request Nos. 44 and 51.

3      6.    On February 21, 2014, the Plea Agreement For Defendant Michael D.

4  Drobot was filed under Case No. SACR 14-00034.  This plea agreement was

5  entered by the Court on March 24, 2014.  A true and correct copy of the Plea

6  Agreement is attached hereto as Exhibit D.

7      7.    State Fund sent an email to the Surgical Entities' counsel on March 5,

8  2014 requesting the promised documents.

9      8.    On March 7, 2014, the parties held another telephonic meet and confer

10  about various discovery issues, including the status of the promised documents.

11  During this call, the Surgical Entities counsel promised to produce documents

12  within the next week.

13      9.    Having not yet received any of the documents, State Fund sent a

14  follow-up email to the Surgical Entities' counsel on March 14, 2014, requesting

15  production of the promised documents, again.

16      10.   On April 4, 2014, the Surgical Entities produced a limited set of

17  documents in response to some requests.   With this production, the Surgical

18  Entities' counsel stated, "[a]t this time we are not producing HealthSmart

19  financials." State Fund replied in an email with case law explaining how the

20  Surgical Entities' objections were without merit and that State Fund is entitled to the

21  financial information and requesting a copy of the sales agreement for the sale of

22  Pacific Hospital of Long Beach.  A true and correct copy of this email is attached

23  hereto as Exhibit E.

24      11.   Counsel for the parties continued to discuss the production of

25  documents in the following months, with State Fund sending subpoenas to

26  numerous third-party entities beginning in February and continuing into May, some

27  of whom are represented by counsel for the Surgical Entities.  A summary of certain

28  dates and activities in this litigation is laid out in chart form in State Fund's

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

3037038

Declaration of Michael R. Fehner in Support of State Fund's First Motion to Compel Requests for Production
From Surgical Entity Defendants

1 introductory statement in the joint stipulation, including the four stays of discovery

2 sought by Defendants.

3     12. Certain of the Pharmacy Defendants announced that they would

4 attempt to disqualify State Fund's counsel on May 12, 2014. The motion was filed

5 on May 23, and Judge Guilford stayed discovery pending resolution of that motion

6 on June 9. State Fund learned that the disqualification motion was denied and that

7 the stay was lifted on July 15.

8     13. Immediately thereafter, State Fund moved to continue discovery,

9 having two additional calls with Surgical Defendants' counsel and informing him

10 again of this motion to compel on July 21 and July 28. Surgical Defendants'

11 counsel indicated on July 28 that he would consider producing additional documents

12 once he reviewed our motion to compel.

13     Executed on August 7, 2014 at Newport Beach, California.

14     I declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct.

16

17     */s/ Michael R. Fehner*

18     Michael R. Fehner

19
20
21
22
23
24
25
26
27
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3037038

- 3 -

Declaration of Michael R. Fehner in Support of State Fund's First Motion to Compel Requests for Production
From Surgical Entity Defendants