# EXHIBIT A

IRELL & MANELLA LLP
John C. Hueston (164921; jhueston@irell.com)
Michael Fehner (207312; mfehner@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

STATE COMPENSATION INSURANCE FUND
Linda S. Platisha (195281; lsplatisha@scif.com)
1750 E. Fourth Street, Suite 450
Santa Ana, California 92705
Telephone: (714) 347-6130
Facsimile: (714) 347-6145

*Attorneys for Plaintiff*
STATE COMPENSATION INSURANCE FUND,
a Public Enterprise Fund and Independent Agency
of the State of California

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. DROBOT, SR., et al.,<br><br>Defendants. | Case No. SACV 13-0956 AG (CWx)<br><br>**PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS HEALTHSMART PACIFIC INC., HEALTHSMART PACIFIC INC. d/b/a PACIFIC HOSPITAL OF LONG BEACH, AND LONG BEACH PAIN CENTER MEDICAL CLINIC, INC.** |

**PROPOUNDING PARTY:** State Compensation Insurance Fund

**RESPONDING PARTY:** Defendants Healthsmart Pacific Inc., Healthsmart Pacific Inc. d/b/a Pacific Hospital of Long Beach, and Long Beach Pain Center Medical Clinic, Inc.

**SET NO.:** One (1)

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff State Compensation Insurance Fund ("State Fund") submits this First Set of Requests for Production of Documents ("Requests") to Defendants Healthsmart Pacific Inc., Healthsmart Pacific Inc. d/b/a Pacific Hospital of Long Beach, and Long Beach Pain Center Medical Clinic, Inc. ("Surgical Entity Defendants"). Surgical Entity Defendants must respond to these Requests in writing and submit such responses to the offices of Irell & Manella LLP, 840 Newport Center Drive, Suite 400, Newport Beach, California 92660, within thirty days from the date of service of these Requests.

## DEFINITIONS AND INSTRUCTIONS

1. The term "NAMED DEFENDANTS" means Michael D. Drobot, Sr.; Michael R. Drobot, Jr.; Healthsmart Pacific, Inc.; Long Beach Pain Center Medical Clinic, Inc.; Industrial Pharmacy Management, LLC; California Pharmacy Management LLC; Coastal Express Pharmacy, Inc.; Long Beach Prescription Pharmacy; Meds Management Group, LLC; including any affiliated or related entities, predecessors, successors, parents, subsidiaries, agents, employees, officers, directors, representatives, affiliates, and anyone else acting or purporting to act on the named person or entity's behalf, individually or collectively, including those preparing the response to this request.

2. The term "ENTITY DEFENDANTS" means all NAMED DEFENDANTS, except Michael D. Drobot, Sr. and Michael R. Drobot, Jr.

3. The term "PHARMACY ENTITY DEFENDANT," for purposes of these Requests only, means Industrial Pharmacy Management, LLC; California Pharmacy Management LLC; Coastal Express Pharmacy, Inc.; Long Beach Prescription Pharmacy; or Meds Management Group, LLC.

4. The term "SURGICAL ENTITY DEFENDANT," for purposes of these Requests only, means HealthSmart Pacific, Inc.; HealthSmart Pacific Inc. d/b/a Pacific Hospital of Long Beach; or Long Beach Pain Center Medical Clinic, Inc.

- 1 -

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

5. The terms "RELATED ENTITY" and "RELATED ENTITIES" mean any present or past affiliated entities, predecessors, successors, parents, and subsidiaries.

6. The term "PHLB" means Pacific Hospital of Long Beach located or formerly located at 2776 Pacific Avenue, Long Beach, CA 90806, and includes all other assets related or included in the sale of Pacific Hospital of Long Beach that purportedly occurred around October 2013, including, but not limited to, real property and intellectual property.

7. The term "SALE OF PHLB" means the sale or transfer of PHLB that purportedly occurred around October 2013.

8. The terms "COMMUNICATION" and "COMMUNICATIONS" means any transmittal and/or receipt of information, whether such was oral, written or through electronic means.

9. The terms "DOCUMENT" and "DOCUMENTS" shall have the broadest sense permissible under Rule 34 of the Federal Rules of Civil Procedure, and incudes any handwriting, typewriting, word processing, printing, photostating, photograph, and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, symbols or combination thereof including, without limitation, "writings," "records," "photographs," "original" and "duplicate" as defined by Rule 1001 of the Federal Rules of Evidence. The term "DOCUMENT" includes, without limitation: records, correspondence, notes, journals, logs, diaries, facsimiles, calendar pages, time sheets, day planner entries, checklists, files, file folders, transcriptions, memoranda, reports, written analyses, contracts (and their supplements, amendments and modifications), licenses, agreements, invoices, purchase orders, expense records, statistical computations, illustrations, diagrams, instructions, photographs, films, videotape, computer files (however formatted, whether in .jpg, .wav, .txt, or other conventions), emails, instant messages, texts, chats, Internet postings or messages, computer databases (including but not limited to printouts), reports, books, job or

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 2 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

transaction files, claims, files, underwriting files, records of telephone conversations, meeting minutes, sound records, voicemail (including electronic or other transcriptions), non-duplicative drafts, and categories similar to the foregoing however denominated. All attachments, enclosures and blind carbon copy lists which accompany requested DOCUMENTS shall be produced. Any DOCUMENT which relates in part to the DOCUMENT categories set forth below shall be produced.

10. The term "and" means "any and all" and "all" means "any and all."

11. The terms "and" and "or" are terms of inclusion and not of exclusion and are to be construed either disjunctively or conjunctively as necessary to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

12. Nouns, whether singular or plural herein, shall be construed either as singular or plural as necessary to bring within the scope of these Requests any information which might otherwise be construed to be outside their scope.

13. Unless otherwise stated, the relevant time period for each of these Requests is January 1, 2000 to the present.

14. All responses to these Requests require supplementation and correction as prescribed by Rule 26 of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by Michael D. Drobot, Sr. at any time since 2000.

**REQUEST NO. 2:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by Michael R. Drobot, Jr. at any time since 2000.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 3 -

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

2942640

**REQUEST NO. 3:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by any relative of Michael D. Drobot, Sr. or Michael R. Drobot, Jr. at any time since 2000.

**REQUEST NO. 4:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by Jennifer Ensminger at any time since 2000.

**REQUEST NO. 5:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by Matthew Umbs at any time since 2000.

**REQUEST NO. 6:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by G. William Hammer at any time since 2000.

**REQUEST NO. 7:**

DOCUMENTS sufficient to identify all entities directly or indirectly owned, managed, or controlled, wholly or partially, by Randy Taylor at any time since 2000.

**REQUEST NO. 8:**

DOCUMENTS sufficient to identify each ENTITY DEFENDANT's present and past affiliated entities, predecessors, successors, parents, and subsidiaries.

**REQUEST NO. 9:**

DOCUMENTS sufficient to identify all entities have been located at or otherwise used as an address 20377 SW Acacia Street, Newport Beach, CA 92660.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 4 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 10:**

DOCUMENTS sufficient to identify all entities that have been located at or otherwise used as an address 3198-F Airport Loop Drive, Costa Mesa, CA 92626.

**REQUEST NO. 11:**

DOCUMENTS sufficient to identify all entities that have been located at or otherwise used as an address 2632 Pacific Avenue, Long Beach, CA 90806.

**REQUEST NO. 12:**

DOCUMENTS sufficient to identify all entities that have been located at or otherwise used as an address 2683 Pacific Avenue, Long Beach, CA 90806.

**REQUEST NO. 13:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of each ENTITY DEFENDANT.

**REQUEST NO. 14:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of Spinal Synergies, LLC.

**REQUEST NO. 15:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of any entity for which any NAMED DEFENDANT is or was an officer or manager.

**REQUEST NO. 16:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of any entity for which Jennifer Ensminger is or was an officer or manager.

**REQUEST NO. 17:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of any entity for which Matthew Umbs is or was an officer or manager.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 5 -

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

2942640

**REQUEST NO. 18:**

All statements of information, articles of incorporation, bylaws, amendments, and other corporate documents prepared on behalf of any entity for which Rona Drobot is or was an officer or manager.

**REQUEST NO. 19:**

DOCUMENTS sufficient to show each ENTITY DEFENDANT's present and past management structure, including officers, directors, executive employees, and managers.

**REQUEST NO. 20:**

DOCUMENTS sufficient to identify Michael D. Drobot, Sr.'s past and present duties in each and every corporate entity in which he acted as a director, officer, or manager.

**REQUEST NO. 21:**

DOCUMENTS sufficient to identify Michael R. Drobot, Jr.'s past and present duties in each and every corporate entity in which he acted as a director, officer, or manager.

**REQUEST NO. 22:**

All DOCUMENTS concerning any transfer of ownership or control, in whole or in part, of any ENTITY DEFENDANT.

**REQUEST NO. 23**:

All DOCUMENTS concerning the merger of California Pharmacy Management LLC and Industrial Pharmacy Management, LLC.

**REQUEST NO. 24**:

The purchase agreement and any other DOCUMENTS through which the SALE OF PHLB was effectuated or that memorialize the terms of the SALE OF PHLB.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 6 -

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

2942640

**REQUEST NO. 25**:

All DOCUMENTS concerning the SALE OF PHLB, including, without limitation, internal and external COMMUNICATIONS.

**REQUEST NO. 26**:

All DOCUMENTS concerning the present business operations, growth strategies, and objectives of Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities.

**REQUEST NO. 27**:

All DOCUMENTS concerning future plans for business operations, growth strategies, and objectives of Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities.

**REQUEST NO. 28**:

All COMMUNICATIONS concerning the reason(s) for the SALE OF PHLB, and all DOCUMENTS related to such COMMUNICATIONS.

**REQUEST NO. 29**:

All DOCUMENTS concerning appraisal, valuation, or opinions of value of PHLB since January 1, 2010, including, without limitation, internal and external communications.

**REQUEST NO. 30**:

All DOCUMENTS concerning negotiations connected to the SALE OF PHLB, including, without limitation, internal and external communications.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 7 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 31:**

All DOCUMENTS concerning the relationship of any NAMED DEFENDANT with College Health Enterprises, Inc. or any RELATED ENTITY prior to the SALE OF PHLB.

**REQUEST NO. 32:**

All DOCUMENTS concerning the relationship of any NAMED DEFENDANT with Molina Healthcare, Inc. or any RELATED ENTITY prior to the SALE OF PHLB.

**REQUEST NO. 33:**

All DOCUMENTS concerning the relationship of any NAMED DEFENDANT with Abrazos Healthcare, Inc. or any RELATED ENTITY prior to the SALE OF PHLB.

**REQUEST NO. 34:**

All DOCUMENTS concerning the relationship of any NAMED DEFENDANT with Gloria Calderon prior to the SALE OF PHLB.

**REQUEST NO. 35:**

All DOCUMENTS concerning the relationship of any NAMED DEFENDANT with Faustino Bernadett prior to the SALE OF PHLB.

**REQUEST NO. 36:**

DOCUMENTS sufficient to identify any present involvement by any NAMED DEFENDANT in the management and control of PHLB, College Medical Center of Long Beach, College Hospital of Long Beach, American Family Care Hospital Management, Inc., Molina Healthcare, Inc., College Health Enterprises, Inc., or any RELATED ENTITY.

**REQUEST NO. 37:**

DOCUMENTS sufficient to identify any past or present management-level employee that has in the last ten years been employed by both a NAMED DEFENDANT, and College Medical Center of Long Beach, College Hospital of

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 8 -

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

2942640

Long Beach, American Family Care Hospital Management, Inc., Molina Healthcare, Inc., College Health Enterprises, Inc., or any RELATED ENTITY.

**REQUEST NO. 38:**

ALL DOCUMENTS reflecting or relating to any formal or informal agreements prior to the SALE OF PHLB between any NAMED DEFENDANT, on the one hand, and College Medical Center of Long Beach, College Hospital of Long Beach, American Family Care Hospital Management, Inc., Molina Healthcare, Inc., College Health Enterprises, Inc., or any RELATED ENTITY, on the other hand.

**REQUEST NO. 39:**

All DOCUMENTS reflecting or relating to any formal or informal agreements since the SALE OF PHLB between any NAMED DEFENDANT, on the one hand, and PHLB, College Medical Center of Long Beach, College Hospital of Long Beach, American Family Care Hospital Management, Inc., Molina Healthcare, Inc., College Health Enterprises, Inc., or any RELATED ENTITY, on the other hand.

**REQUEST NO. 40:**

DOCUMENTS sufficient to show all assets and liabilities held by Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities, as of January 1, 2012.

**REQUEST NO. 41:**

DOCUMENTS sufficient to show all assets and liabilities held by Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities, as of January 1, 2013.

**REQUEST NO. 42:**

DOCUMENTS sufficient to show all assets and liabilities held by Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities, as of December 1, 2013.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 9 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 43:**

All balance sheets, financial statements, and supporting DOCUMENTS for Healthsmart Pacific, Inc. since January 1, 2010.

**REQUEST NO. 44:**

All DOCUMENTS concerning the sale or transfer of assets by Healthsmart Pacific, Inc. or any entity responsible for HealthSmart Pacific, Inc.'s liabilities, since January 1, 2012, including DOCUMENTS reflecting the dates such assets were acquired and sold.

**REQUEST NO. 45:**

All DOCUMENTS concerning any event affecting the financial solvency or insolvency of Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities, including, but not limited to, judgments, tax liens, employee strikes, and capital losses, since January 1, 2012.

**REQUEST NO. 46:**

All COMMUNICATIONS regarding the financial solvency or insolvency of Healthsmart Pacific, Inc. and any entity responsible for Healthsmart Pacific, Inc.'s liabilities, since January 1, 2012, and all DOCUMENTS related to such COMMUNICATIONS.

**REQUEST NO. 47:**

All DOCUMENTS concerning any transfer of assets between or among two or more NAMED DEFENDANTS.

**REQUEST NO. 48:**

All bank statements and other proof of payment showing any transfer of assets between or among two or more NAMED DEFENDANTS.

**REQUEST NO. 49:**

All DOCUMENTS concerning any loan by a NAMED DEFENDANT to any other NAMED DEFENDANT.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 10 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 50:**

All bank statements and other financial documents reflecting any loan by a NAMED DEFENDANT to any other NAMED DEFENDANT.

**REQUEST NO. 51:**

All DOCUMENTS referring to or reflecting any formal or informal agreement between or among two or more NAMED DEFENDANTS.

**REQUEST NO. 52:**

All COMMUNICATIONS between or among any ENTITY DEFENDANTS.

**REQUEST NO. 53:**

All COMMUNICATIONS between Michael D. Drobot, Sr. and Michael R. Drobot, Jr. relating to the business of providing medical services or pharmaceuticals.

**REQUEST NO. 54:**

All COMMUNICATIONS between Michael D. Drobot, Sr. and Michael R. Drobot, Jr. concerning any ENTITY DEFENDANT or other entity directly or indirectly involved in the provision of medical services.

**REQUEST NO. 55:**

All COMMUNICATIONS between Michael D. Drobot, Sr. and Michael R. Drobot, Jr. concerning DRx, Aidarex, or any other pharmaceutical wholesaler or repackager.

**REQUEST NO. 56:**

All COMMUNICATIONS between Michael D. Drobot, Sr. and Michael R. Drobot, Jr. concerning SeaSpine, AlphaTec, International Implants, Inc., or any other spinal implant manufacturer or repackager.

**REQUEST NO. 57:**

All COMMUNICATIONS between or among any ENTITY DEFENDANTS concerning DRx, Aidarex, or any other pharmaceutical wholesaler or repackager.

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 11 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 58:**

All COMMUNICATIONS between or among any ENTITY DEFENDANTS concerning SeaSpine, AlphaTec, International Implants, Inc., or any other spinal implant manufacturer or repackager.

**REQUEST NO. 59:**

All COMMUNICATIONS between any NAMED DEFENDANT and DRx, Aidarex, or any other pharmaceutical wholesaler or repackager.

**REQUEST NO. 60:**

All COMMUNICATIONS between any NAMED DEFENDANT and SeaSpine, AlphaTec, International Implants, Inc., or any other spinal implant manufacturer or repackager.

**REQUEST NO. 61:**

All DOCUMENTS involving Michael D. Drobot, Sr. acting or purporting to act on behalf of any PHARMACY ENTITY DEFENDANT.

**REQUEST NO. 62:**

All DOCUMENTS involving Michael R. Drobot, Jr. acting or purporting to act on behalf of any SURGICAL ENTITY DEFENDANT.

**REQUEST NO. 63:**

DOCUMENTS sufficient to identify any individual that has provided employment services to more than one NAMED DEFENDANT.

**REQUEST NO. 64:**

All files, bills, claims, and liens concerning any individual that has directly or indirectly received services or pharmaceuticals from more than one NAMED DEFENDANT.

///

///

///

///

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 12 -

2942640

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**REQUEST NO. 65:**

All DOCUMENTS concerning any formal or informal agreement between any NAMED DEFENDANT and any physician or other medical provider.

Dated: December 20, 2013

IRELL & MANELLA LLP

By: [signature]
Jennifer R. Bunn
*Attorneys for Plaintiff*
STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

- 13 -

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

2942640

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 Newport Center Drive, Suite 400, Newport Beach, California 92660-6324.

On December 20, 2013, I served the foregoing document described as **PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS HEALTHSMART PACIFIC INC., HEALTHSMART PACIFIC INC. d/b/a PACIFIC HOSPITAL OF LONG BEACH, AND LONG BEACH PAIN CENTER MEDICAL CLINIC, INC.** on each interested party, as stated on the attached service list.

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Newport Beach, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on December 20, 2013, at Newport Beach, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Janet E. Ahmed (JAhmed@irell.com) | Janet E. Ahmed |
|---|---|
| (Type or print name) | (Signature) |

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

2942640.3 07

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS

**SERVICE LIST**

***State Compensation Insurance Fund v. Michael D. Drobot, Sr., et al.***

USDC – Central District of California
Case No. 8:13-cv-00956-AG-CW

| | |
|---|---|
| Steven D. Allison<br>Anthony William Gomez<br>CROWELL & MORING LLP<br>3 Park Plaza 20th Floor<br>Irvine, CA 92614-8505<br>Tel: 949-263-8400<br>Fax: 949-263-8414<br>Email: agomez@crowell.com<br>Email: sallison@crowell.com<br>*Counsel for Defendants:*<br>*Michael D. Drobot Sr., Healthsmart Pacific Inc., Pacific Hospital of Long Beach, Long Beach Pain Center Medical Clinic, Inc.* | Joshua C. Stokes<br>CROWELL & MORING LP<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Tel: 213-622-4750<br>Fax: 213-622-2690<br>Email: jstokes@crowell.com<br>*Counsel for Defendants:*<br>*Michael D. Drobot Sr., Healthsmart Pacific Inc., Pacific Hospital of Long Beach, Long Beach Pain Center Medical Clinic, Inc.* |
| Donald G. Norris<br>Douglas Foster Galanter<br>NORRIS & GALANTER LLP<br>523 W. Sixth St., Suite 716<br>Los Angeles, CA 90014<br>Tel: (213) 232-0855<br>Fax: (213) 286-9499<br>Email: dnorris@norgallaw.com<br>Email: dgalanter@norgallaw.com<br>*Counsel for Defendants:*<br>*Michael D. Drobot Sr., Healthsmart Pacific Inc., Pacific Hospital of Long Beach. Long Beach Pain Center Medical Clinic, Inc.* | Terree Allan Bowers<br>Rachel L. Fiset<br>ARENT FOX LLP<br>Gas Company Tower<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013<br>Tel: (213) 443-7682<br>Fax: (213) 629-7401<br>Email: rachel.fiset@arentfox.com<br>Email: terree.bowers@arentfox.com<br>*Counsel for Defendants:*<br>*Michael D. Drobot Sr., Healthsmart Pacific Inc., Pacific Hospital of Long Beach, Long Beach Pain Center Medical Clinic, Inc.* |
| Nicholas P. Roxborough<br>Joseph C. Gjonola<br>ROXBOROUGH POMERANCE NYE & ANDREANI<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367<br>Tel: (818) 992-9999<br>Fax: (818) 992-9991<br>Email: npr@rpnalaw.com<br>Email: dep@rpnalaw.com<br>*Counsel for Defendants:*<br>*Michael R. Drobot Jr., Industrial Pharmacy Management LLC, California Pharmacy Management LLC, Coastal Express Pharmacy, Inc., Long Beach Prescription Pharmacy, Meds Management Group, LLC* | |

IRELL & MANELLA LLP
A Registered Limited Liability Law Partnership Including Professional Corporations

2942640.3 07

PLAINTIFF STATE FUND'S FIRST SET OF REQUESTS FOR PRODUCTION TO SURGICAL ENTITY DEFENDANTS