Joseph C. Gjonola (SBN 241955)
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STATE COMPENSATION INSURANCE FUND | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. MICHAEL D. DROBOT, SR., etc., et al., DEFENDANT(S). | SACV 13-00956 AG (CWx) |
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. Evidentiary Objections to the Declaration of Bryan Carpenter Opposing the Pharmacy Defendants' Motion for Summary Judgment and Proposed Order,

2. The unredacted version of the Separate Statement of Genuine Issues of Material Fact in Support of the Pharmacy Defendants' Reply to Motion for Summary Judgment, and

3. Exhibits A and D to the Declaration of Joseph C. Gjonola in Support of Reply to Motion for Summary Judgment.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

_____                          /s/ Joseph C. Gjonola
Date                                             Attorney Name
                                                 Defs, Industrial Pharmacy Management, LLC et al.
                                                 Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                          NOTICE OF MANUAL FILING OR LODGING