Nicholas P. Roxborough (SBN 113540)
npr@rpnalaw.com
Drew E. Pomerance (SBN 101239)
dep@rpnalaw.com
Joseph C. Gjonola (SBN 241955)
jcg@rpnalaw.com
**ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991

*Attorneys for Defendants*
Michael R. Drobot, Jr., Coastal Express Pharmacy Inc., Meds Management Group LLC, *and Defendants and CounterClaimants* Industrial Pharmacy Management LLC, California Pharmacy Management LLC, Long Beach Prescription Pharmacy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. DROBOT, SR., etc., et al.,<br><br>Defendants.<br><br>INDUSTRIAL PHARMACY MANAGEMENT LLC, et al.,<br><br>Counter Claimants,<br><br>v.<br><br>STATE COMPENSATION INSURANCE FUND,<br><br>Counter-Defendants. | Case No. SACV13-00956 AG (CWx)<br>*[Honorable Andrew J. Guilford]*<br><br>**MICHAEL R. DROBOT, JR., INDUSTRIAL PHARMACY MANAGEMENT LLC, CALIFORNIA PHARMACY MANAGEMENT LLC, AND LONG BEACH PRESCRIPTION PHARMACY'S NOTICE AND APPLICATION TO LODGE DOCUMENTS UNDER SEAL IN SUPPORT OF THE REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        **December 15, 2014**<br>Time:       **10:00 a.m.**<br>Place:      **Courtroom 10**<br><br>Disc. Cutoff: **February 17, 2015**<br>Pretrial Conference: **April 13, 2015**<br>Trial Date: **April 28, 2015**<br><br>[Complaint filed: June 24, 2013] |

1

NOTICE AND APP TO LODGE DOCUMENTS UNDER SEAL ISO THE REPLY TO THE
PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Michael R. Drobot, Jr., Industrial Pharmacy Management LLC, California Pharmacy Management LLC, and Long Beach Prescription Pharmacy (collectively, "The Moving Defendants"), apply to this Court pursuant to Civil Local Rule 79-5, the August 21, 2014 Protective Order (Docket No.198), and this Court's procedures for filing documents under seal for an order permitting the lodging under seal of the following documents: Evidentiary Objections to the Declaration of Bryan Carpenter Opposing the Pharmacy Defendants' Motion for Summary Judgment and Proposed Order, the unredacted version of the Separate Statement of Genuine Issues of Material Fact in Support of the Pharmacy Defendants' Reply to Motion for Summary Judgment, and Exhibits A and D to the Declaration of Joseph C. Gjonola in Support of Reply to Motion for Summary Judgment.

This Notice and Application is based on the fact that the Evidentiary Objections to the to the Declaration of Bryan Carpenter Opposing the Pharmacy Defendants' Motion for Summary Judgment and Proposed Order, the unredacted version of the Separate Statement of Genuine Issues of Material Fact in Support of the Pharmacy Defendants' Reply to Motion for Summary Judgment, and Exhibits A and D to the Declaration of Joseph C. Gjonola contain information which Plaintiff has designated as confidential pursuant to the August 21, 2014 Protective Order. *See* Plaintiff's Sealing Statement (Docket No. 251).[1]

///

///

---

[1] The Pharmacy Defendants do not agree with several of the positions taken by Plaintiff in Plaintiff's Sealing Statement and believe Plaintiff's Sealing Statement goes beyond the issues regarding the necessity to file the relevant documents under seal. Accordingly, the Pharmacy Defendants reserve all rights to take a position contrary to those set forth in Plaintiff's Sealing Statement.

This application is based on this Notice and Application together with any oral argument, and any other evidence and filings properly before the Court.

Dated: December 1, 2014

ROXBOROUGH POMERANCE NYE & ADREANI

By:/s/ Joseph C. Gjonola
Nicholas P. Roxborough
Drew E. Pomerance
Joseph C. Gjonola
Attorneys *for Defendants* Michael R. Drobot, Jr., Coastal Express Pharmacy Inc., Meds Management Group LLC and *Defendants and CounterClaimants* Industrial Pharmacy Management LLC, California Pharmacy Management LLC, and Long Beach Prescription Pharmacy

# PROOF OF SERVICE
*State Compensation Insurance Fund v. Michael D. Drobot, Sr., et al.*
USDC, CDCA Case No.: 8:13-CV-00956-AG-CW

STATE OF CALIFORNIA
) ss.
COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **December 1, 2014** I served the foregoing document described as **MICHAEL R. DROBOT, JR., INDUSTRIAL PHARMACY MANAGEMENT LLC, CALIFORNIA PHARMACY MANAGEMENT LLC, AND LONG BEACH PRESCRIPTION PHARMACY'S NOTICE AND APPLICATION TO LODGE DOCUMENTS UNDER SEAL IN SUPPORT OF THE REPLY TO MOTION FOR SUMMARY JUDGMENT** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

### SEE ATTACHED SERVICE LIST

[X] **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 1, 2014** at Woodland Hills, California.

*/s/ Emarlyn Brenninkmeijer*
Emarlyn Brenninkmeijer

# SERVICE LIST

*State Compensation Insurance Fund v. Michael D. Drobot, Sr., et al.*
USDC, CDCA Case No.: 8:13-CV-00956-AG-CW

| | |
|---|---|
| Douglas F. Galanter<br>Donald G. Norris<br>**NORRIS & GALANTER LLP**<br>523 West Sixth Street, Suite 716<br>Los Angeles, CA 90014 | **Attorneys for Defendants HealthSmart Pacific, Inc., Michael D. Drobot, Sr., HealthSmart Pacific, Inc. d/b/a Pacific Hospital Of Long Beach, and Long Beach Pain Center Medical Clinic, Inc.**<br>Tel: (213) 232-0855<br>Fax: (213) 286-9499<br>E-Mail: dgalanter@norgallaw.com<br>        dnorris@norgallaw.com |
| Jennifer R. Bunn<br>Michael R. Fehner<br>John C. Hueston<br>Lauren E. Shaw<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660 | **Attorneys for Plaintiff State Compensation Insurance Fund**<br>Tel: (949) 760-0991<br>Fax: (949) 760-5200<br>E-Mail: jbunn@irell.com<br>        mfehner@irell.com<br>        jhueston@irell.com<br>        lshaw@irell.com |
| Linda S. Platisha<br>**STATE COMPENSATION INSURANCE FUND**<br>1750 East Fourth Street, Suite 450<br>Santa Ana, CA 92705 | **Attorneys for Plaintiff State Compensation Insurance Fund**<br>Tel: (714) 347-6130<br>Fax: (714) 347-6145<br>E-Mail: lsplatisha@scif.com |
| Alison Plessman<br>Michael Behrens<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 | **Attorneys for Plaintiff State Compensation Insurance Fund**<br>Tel: (310) 277-1010<br>Fax: (310) 203-7199<br>E-Mail: aplessman@irell.com<br>        mbehrens@irell.com |