IRELL & MANELLA LLP
John C. Hueston (164921; jhueston@irell.com)
Alison Plessman (250631; aplessman@irell.com)
Michael Fehner (207312; mfehner@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for *Plaintiff* STATE COMPENSATION INSURANCE FUND, a Public Enterprise Fund and Independent Agency of the State of California

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL D. DROBOT, SR., *et al.*,<br><br>    Defendants. | Case No. SACV 13-00956-AG (CWx)<br><br>**STATE FUND'S NOTICE OF APPLICATION AND APPLICATION TO FILE PORTIONS OF ITS REPLY PAPERS IN SUPPORT OF ITS MOTION TO AMEND UNDER SEAL**<br><br>Date:   December 15, 2014<br>Time:  10:00 a.m.<br>Ctrm:  10D<br>Judge: Hon. Andrew Guilford |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3186953.1

STATE FUND'S NOTICE & APPLICATION TO FILE PORTIONS OF ITS REPLY RE: MOTION TO AMEND AND SUPPORTING EXHIBITS UNDER SEAL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff State Compensation Insurance Fund ("State Fund") applies to this Court under Civil Local Rule 79-5 and this Court's Procedures For Requesting Under Seal Filings for an order permitting State Fund to file under seal:

1. State Fund's Reply Memorandum in Support of its Motion to Amend Scheduling Order and First Amended Complaint (unredacted version); and

2. The following exhibits from the Reply Declaration of Alison Plessman in Support of State Fund's Reply Memorandum in Support of its Motion to Amend Scheduling Order and First Amended Complaint:

Exhibit K: A November 30, 2010 email from Defendant Drobot Jr. to Defendant Drobot Sr., produced by Pharmacy Defendants and designated as Confidential pursuant to the Protective Order entered in this case;

Exhibit N: An April 2010 email exchange including Drobot Jr. and Drobot Sr. regarding the IPM medication program, produced by Pharmacy Defendants and designated as Confidential pursuant to the Protective Order; and

Exhibit O: An April 2010 email from Drobot Jr. to Drobot Sr. with the subject line "Comments on buyout LOI" with an attached draft including handwriting, produced by Pharmacy Defendants and with the attachment designated as Confidential pursuant to the Protective Order.

This application is based upon this Notice, and the following Application filed herewith, together with any oral argument and any other evidence and filings properly before the Court.

Dated: December 1, 2014                    IRELL & MANELLA LLP

By:      /s/ Michael Fehner
         Michael Fehner
         Attorneys for Plaintiff
         State Compensation Insurance Fund

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3186953.1

STATE FUND'S NOTICE & APPLICATION TO FILE PORTIONS OF ITS REPLY RE: MOTION TO AMEND AND SUPPORTING EXHIBITS UNDER SEAL

# APPLICATION

State Fund seeks an order permitting it to file certain documents under seal pursuant to the Protective Order entered in this matter ("Protective Order," Dkt. No. 198), Civil Local Rule 79-5 and this Court's Procedures For Requesting Under Seal Filings.  By submitting this application, State Fund does not agree with Defendants' confidentiality designations, but is following the procedure laid out in the Protective Order in attempting to honor them, all rights reserved.

1. The following exhibits from the Reply Declaration of Alison Plessman in Support of State Fund's Motion to Amend Scheduling Order and First Amended Complaint, with reasons laid out for each below:

Exhibit K: A November 30, 2010 email from Defendant Drobot Jr. to Defendant Drobot Sr., produced by Pharmacy Defendants and designated as Confidential pursuant to the Protective Order entered in this case, apparently because of dollar and percentage figures in the body of the email.

Exhibit N: An April 2010 email exchange including Drobot Jr. and Drobot Sr. regarding the IPM medication program, produced by Pharmacy Defendants and designated as Confidential pursuant to the Protective Order, apparently because of dollar figures included in the email chain from a doctor.

Exhibit O: An April 2010 email from Drobot Jr. to Drobot Sr. with the subject line "Comments on buyout LOI" with an attached draft including handwriting, produced by Pharmacy Defendants and with the attachment designated as Confidential pursuant to the Protective Order, apparently because of references to dollar amounts, percentages, and confirmations of share ownership in the attached document.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3186953.1

STATE FUND'S NOTICE & APPLICATION TO FILE PORTIONS OF ITS REPLY RE: MOTION TO AMEND AND SUPPORTING EXHIBITS UNDER SEAL

2. The unredacted version of State Fund's Reply Memorandum in Support of Motion to Amend Scheduling Order and First Amended Complaint. To the extent the Reply relies on the supposedly "confidential" exhibits listed above, the public version has been redacted in conformance with the Protective Order.

Under this Court's Procedures For Requesting Under Seal Filings, State Fund will email to chambers copies of these documents. State Fund will also endeavor to deliver chambers copies of these documents to the Clerk's Office no later than December 2, 2014, at 12:00 p.m.

Dated: December 1, 2014   Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Michael Fehner
Michael Fehner
Attorneys for Plaintiff
*State Compensation Insurance Fund*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3186953.1

- 2 -

STATE FUND'S NOTICE & APPLICATION TO FILE PORTIONS OF ITS REPLY RE: MOTION TO AMEND AND SUPPORTING EXHIBITS UNDER SEAL