UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 13-0956- AG- CW | Date | March 2, 2015 |
|---|---|---|---|
| Title | State Compensation Insurance Fund v. Michael D Drobot Sr et al | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge |
|---|---|

| G. Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Call-In information for Telephonic Status Conference

A Telephonic Status Conference has been scheduled for **Friday**, **March 6, 2015 at 2:00 p.m**, before the Honorable Carla M. Woehrle, in Room 640, 6th Floor of the Roybal building.

The call-in information is listed below:

Call-in Number:     **(213) 894-0800**
Meeting ID:             **7002#**
User Password:      **3112#**

cc: Parties of Record

:

Initials of Preparer              gr