AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND<br>*Plaintiff*<br>v.<br>MICHAEL D. DROBOT, SR., an individual; MICHAEL R. DROBOT, JR, an individual; HEALTHSMART PACIFIC INC., a California corporation; HEALTHSMART PACIFIC INC. d/b/a PACIFIC HOSPITAL OF LONG BEACH, a California corporation; LONG BEACH PAIN CENTER MEDICAL CLINIC, INC., a California corporation; INTERNATIONAL IMPLANTS, LLC, a California limited liability company; PACIFIC SPECIALTY PHYSICIAN MANAGEMENT, INC., a California corporation; FIRST MEDICAL MANAGEMENT, INC., a California corporation; INDUSTRIAL PHARMACY MANAGEMENT LLC, a California limited liability. company; CALIFORNIA PHARMACY MANAGEMENT LLC, a California limited liability company; COASTAL EXPRESS PHARMACY, INC., a California corporation; LONG BEACH PRESCRIPTION PHARMACY, a California corporation; MEDS MANAGEMENT GROUP, LLC, a California limited liability company<br><br>*Defendants,*<br><br>HEALTHSMART PACIFIC INC., a California corporation; HEALTHSMART PACIFIC INC. d/b/a PACIFIC HOSPITAL OF LONG BEACH, a California corporation; MICHAEL D. DROBOT, SR., an individual; LONG BEACH PAIN CENTER MEDICAL CLINIC, INC., a California corporation; INTERNATIONAL IMPLANTS, LLC, a California limited liability company; PACIFIC SPECIALTY PHYSICIAN MANAGEMENT, INC., a California corporation; FIRST MEDICAL MANAGEMENT, INC., a California corporation;<br>*Defendants, Third-party plaintiffs*<br>v. | Civil Action No. 8:13-CV-00956-AG-CW |



American LegalNet, Inc.
www.FormsWorkFlow.com

MITCHELL G. COHEN, an individual; MITCHELL G. COHEN, M.D., INC., a California corporation; PHILIP A. SOBOL, an individual; SOBOL ORTHOPEDIC MEDICAL GROUP, INC., a California corporation; ALAN C. IVAR, an individual; GRIFFIN MEDICAL GROUP, INC., a California corporation; SOUTH COAST REHABILITATION CENTER, INC., a California corporation; PAUL RANDALL, an individual; ANDY NAVID, an individual; JASON BERNARD, an individual; MICHAEL E. BARRI, an individual; JOJASO MANAGEMENT, INC., a California corporation; WILLIAM PARKER, an individual; UNION CHOICE THERAPY NETWORK, a California corporation; SAMUEL VIDAURRETA, an individual; PROSPICE GROUP, INC., a California corporation; JACOB E. TAUBER, an individual; JACOB E. TAUBER, M.D., A PROFESSIONAL CORPORATION, a California corporation; ASSAD MICHAEL MOHEIMANI, an individual; JEFFERY D. GROSS, an individual; TIMOTHY J. HUNT, an individual; ALLIED MEDICAL GROUP, INC., a California corporation; RANDY S. ROSEN, an individual; GERALD A. ALEXANDER, an individual; GURVINDER S. UPPAL, an individual; IAN I. ARMSTRONG, an individual; IAN I.T. ARMSTRONG, M.D., INC., A MEDICAL CORPORATION, a California corporation; SEAN E. O'KEEFE, an individual; FAUSTINO BERNADETT, an individual; JACK H. ACKMAKJIAN, an individual; JACK H. ACKMAKJIAN, M.D., INC., a California corporation; THOMAS T. HAIDER, an individual; HAIDER SPINE CENTRAL MEDICAL GROUP, INC., a California corporation; LOKESH S. TANTUWAYA, an individual; DR. LOKESH S. TANTUWAYA, M.D., INC., a California corporation; EDWARD KOMBERG, an individual; and DOES 1 through 25, inclusive;

*Third-party defendants*

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*



AO 441 (Rev. 07/10) Summons on Third-Party Complaint

Mitchell G. Cohen, 11160 Warner Ave, Fountain Valley, CA 92708
Mitchell G. Cohen, M.D., Inc., 11160 Warner Ave, Fountain Valley, CA 92708
Philip A. Sobol, 8618 S Sepulveda Blvd # 130, Los Angeles, CA 90045
Sobol Orthopedic Medical Group, Inc., 8618 S Sepulveda Blvd # 130, Los Angeles, CA 90045
Alan C. Ivar, 1650 Adams Avenue, Costa Mesa, CA 92626
Griffin Medical Group, Inc., 1650 Adams Avenue, Costa Mesa, CA 92626
South Coast Rehabilitation Center, Inc., 1650 Adams Avenue, Costa Mesa, CA 92626
Paul Randall, 7418 E. Grovewood Lane, Orange, CA 92869
Andy Navid, 12537 Vintner Dr., Rancho Cucamonga, CA 91739
Jason Bernard, 12155 Mora Drive # 6, Santa Fe Springs, CA 90670
Michael E. Barri, 1901 Newport Boulevard, Costa Mesa, CA 92627
Jojaso Management, Inc., 999 N. Tustin Avenue, Suite 201, Santa Ana, CA 92705
William Parker, 405 S. Irena Avenue Redondo Beach, CA 90277
Union Choice Therapy Network, 405 S. Irena Avenue Redondo Beach, CA 90277
Samuel Vidaurreta, 3183-F Airway Ave. Ste. 104, Costa Mesa, CA 92626
Prospice Group, Inc., 3183-F Airway Ave. Ste. 104, Costa Mesa, CA 92626
Jacob E. Tauber, 1505 Wilson Terrace #310, Glendale, CA 91206
Jacob E. Tauber, M.D., APC, 9033 Wilshire Bl. # 401, Beverly Hills, CA 90211
Assad Michael Moheimani, 902 N Grand Ave #100, Santa Ana, CA 92701
Jeffery D. Gross, 27882 Forbes Rd # 100, Laguna Niguel, CA 92677
Timothy J. Hunt, 4237 Atlantic Ave, Long Beach, CA 90807
Allied Medical Group, Inc., 15901 Hawthorne Blvd., Suite 250, Lawndale, CA 90260
Randy S. Rosen, 120 S Spalding Dr. Ste. 301, Beverly Hills, CA 90212
Gerald A. Alexander, 101 Laguna Rd # A, Fullerton, CA 92835
Gurvinder S. Uppal, 6800 Brockton Ave # 2, Riverside, CA 92506
Ian I. Armstrong, 3831 Hughes Avenue # 105, Culver City, CA 90232
Ian I.T. Armstrong, M.D., Inc., AMC, 3831 Hughes Avenue # 105, Culver City, CA 90232
Sean E. O'keefe, 2515 Camino Del Rio S., Suite 240, San Diego, CA 92108
Faustino Bernadett, 1040 Elm Ave Ste 100, Long Beach, CA 90813
Jack H. Ackmakjian, 7300 Magnolia Ave, Riverside, CA 92504
Jack H. Ackmakjian, M.D., Inc., 2225 Davinci Dr., Riverside, CA 92506
Thomas T. Haider, 6275 River Crest Dr., Riverside, CA 92507
Haider Spine Central Medical Group, Inc., 6275 River Crest Dr., Riverside, CA 92507
Lokesh S. Tantuwaya, 7830 Clairemont Mesa Blvd., # 203, San Diego, CA 92111
Dr. Lokesh S. Tantuwaya, M.D., Inc., 7830 Clairemont Mesa Blvd., # 203, San Diego, CA 92111
Edward Komberg, 1200 Wilshire Blvd Suite 206 Los Angeles, CA 90017

A lawsuit has been filed against defendant Michael D. Drobot, et al., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff State Compensation Insurance Fund

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

| | | |
|---|---|---|
| Daniel A. Platt | Donald G. Norris | Drew Pomerance |
| LOEB & LOEB LLP | NORRIS & GALANTER LLP | 5820 Canoga Ave., Suite 250 |
| 10100 Santa Monica Blvd., Suite 2200 | 523 West Sixth St., Suite 716 | Woodland Hills, CA 91367 |
| Los Angeles, CA  90067 | | |

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C Hueston
Hueston Hennigan LLP
620 Newport Center Drive Suite 1300
Newport Beach, CA 92660



AO 441 (Rev. 07/10) Summons on Third-Party Complaint

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  5/8/15

*CLERK OF COURT*



*Signature of Clerk or Deputy Clerk*



AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. CV 13-00956-AG (CWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Parker
was received by me on *(date)* 5/11/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Teresa Parker subject's wife and co-occupant, a person of suitable age and discretion who resides there, on *(date)* 06/20/2015 at 9:20am, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Also mailed service on 6/24/2015

My fees are $ 83.30 for travel and $ _____ for services, for a total of $ 83.30

I declare under penalty of perjury that this information is true.

Date: 6/26/2015

*Server's signature*

Adrian Marquez-Sandoval, Process Server
*Printed name and title*

BFRM LSS - 633 W. Fifth St., 28th Floor, Los Angeles, CA 90071
*Server's address*

Additional information regarding attempted service, etc:
1st attempt: 5/14/15 @ 7:15 pm Spoke with Teresa who she stated that Mr. Parker no longer lived here. That he moved out of state. No further information provided.
2nd attempt: 6/8/15 at 7:55pm, Spoke with Teresa Parker who stated that she didn't know anything about the subject and the company and that she didn't want to be bothered anymore.
3rd attempt: 6/20/15 at 9:20am, Documents sub-served by leaving with Teresa Parker. Caucasian female, 30's, blonde hair, blue eyes, 30's, 5'4, 130 lbs.
Mail service completed on 6/24/15

